| | | |
|---|---|---|
| Thomas v. Pennsylvania Bd. of Probation and Parole | 11/10/2015 459 MAL (2015) | Denied |
| Thompson v. W.C.A.B. (Stivers Temporary Personnel) .............. | 09/29/2015 148 EAL (2015) | Denied |
| Westerman v. W.C.A.B. (K-Mart Corp.) ........... | 10/07/2015 389 MAL (2015) | Denied |
| Westhead v. Unemployment Compensation Bd. of Review ............ | 09/29/2015 238 EAL (2015) | Denied |